## GUNTER v. ANDERS

No. 359P94

Case below: 114 N.C.App. 61

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

## HARPER v. ALLSTATE INS. CO.

No. 614PA94

Case below: 117 N.C.App. 302

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1995.

## HARTMAN v. ODELL AND ASSOC., INC.

No. 1P95

Case below: 9422SC83 20 December 1994

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

## IN RE APPEAL OF HOTEL L'EUROPE

No. 599P94

Case below: 116 N.C.App. 651

Petition by petitioner (Hotel L'Europe) for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

## IN RE ESTATE OF WORSLEY

No. 14P95

Case below: 117 N.C.App. 305

Petition by respondent (Anne Birkhead Worsley) for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.